UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
———————————————————————X

KIMBERLY PAUL,

        Plaintiff,

                                                  **Affirmation of Service**

                                                  Civ. No. 08 CV 4879

-against-

THE CITY OF NEW YORK,
POLICE OFFICER SEAN HUNTER shield # 3209,
POLICE OFFICER LEVI STEWART shield # 24727,

        Defendants.
———————————————————————X

        Under the penalties of perjury and CPLR § 3126, I hereby affirm that I am over the age of eighteen and am not a party to this action. I delivered one true copy of the Summons and Complaint upon the defendant The City of New York, via its agent:

        Amanda Gonzales, No. 6
        Corporation Counsel for the City of New York
        100 Church Street, 4th Floor
        New York, New York 10007

        Ms. Gonzales is female and her height is approximately 5"6 and weigh 130 pounds. I delivered the above documents on May 27, 2008 at 3:43 p.m.

Dated: **Brooklyn, NY**
             **May 27, 2008**

                                                    */s/ Nicquan Bannister*
                                                    Nicquan Bannister
                                                    189 Grafton Street
                                                    Brooklyn, New York 11212

Sworn to before me this
this 27 day of May, 2008

_____
NOTARY PUBLIC

                                    DAVID A. ZELMAN
                             NOTARY PUBLIC, State of New York
                                    No. 02ZE6025678
                             Qualified in New York County
                             Commission Expires June 1, 20 11