

**MEMO ENDORSED**



**Law Office of David A. Zelman**
David A. Zelman, Esq.
612 Eastern Parkway
Brooklyn, NY 11225
(718)604-3072

June 19, 2008

Via Fax: 212 805 6712
Attn: Magistrate Judge Kevin Nathaniel Fox
United States Courthouse
500 Pearl Street
New York, New York 10007

Re: Paul v. Hunter, et. al.
08-cv-4879

Dear Judge Fox:

This Office represents Claimant Kimberly Paul who is alleged to have been falsely arrested with excessive force by members of the New York Police Department on October 9, 2007.

This office has just received a notification that the initial conference has been scheduled for August 26, 2008. This office will be on vacation at that time and therefore requests either a July or September date for the conference.

Thank-you for your anticipated cooperation.

6/19/08
The conference previously scheduled for August 26, 2008 will be held on July 14, 2008, at 10:15 a.m.
SO ORDERED:
Kevin Nathaniel Fox
KEVIN NATHANIEL FOX, U.S.M.J.

VERY TRULY YOURS:

David A. Zelman, Esq.

TO:
Via Fax: 212 788 9776
Douglas W. Heim, Esq.
Assistant Corporation Counsel
100 Church Street
New York NY 10007

1